**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 23-cr-10186-ADB |
| | ) | |
| JAQUORI LYONS, et. al. | ) | |

**MOTION TO WITHDRAW**

Fellow with Federal Court Admission, Aziza Hawthorne hereby requests to withdraw as counsel in this case.  As grounds, Assistant Public Defender Joshua Hanye has been assigned as counsel.

Respectfully submitted,
*/s/ Aziza Hawthorne.*
Aziza Hawthorne, B.B.O. #709255
Fellow with Federal Court Admission
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 14, 2024.

*/s/ Aziza Hawthorne.*
Aziza Hawthorne